NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**AMARIN PHARMA, INC., AMARIN PHARMACEUTICALS IRELAND LIMITED,**
*Plaintiffs*

**EPA DRUG INITIATIVE II,**
*Movant-Appellant*

**v.**

**HIKMA PHARMACEUTICALS USA INC., HIKMA PHARMACEUTICALS INTERNATIONAL LIMITED, WEST-WARD PHARMACEUTICALS INTERNATIONAL LIMITED, DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES, LTD.,**
*Defendants-Appellees*

———————————

2021-2024

———————————

Appeal from the United States District Court for the District of Nevada in Nos. 2:16-cv-02525-MMD-NJK, 2:16-cv-02562-MMD-NJK, Judge Miranda M. Du.

———————————

**JUDGMENT**

———————————

MICHAEL S. KASANOFF, I, Michael S. Kasanoff, LLC, Matawan, NJ, argued for movant-appellant.

CHARLES B. KLEIN, Winston & Strawn LLP, Washington, DC, for defendants-appellees Hikma Pharmaceuticals USA Inc., Hikma Pharmaceuticals International Limited, West-Ward Pharmaceuticals International Limited. Also represented by CLAIRE A. FUNDAKOWSKI; ALISON MICHELLE KING, Chicago, IL; EIMERIC REIG-PLESSIS, San Francisco, CA.

JAMES BARABAS, Windels Marx Lane & Mittendorf, LLP, Madison, NJ, argued for all defendants-appellees. Defendants-appellees Dr. Reddy's Laboratories, Inc., Dr. Reddy's Laboratories, Ltd. also represented by BETH C. FINKELSTEIN, CONSTANCE HUTTNER, CAROLINE SUN.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, DYK, and REYNA, *Circuit Judges*).

### AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| February 15, 2022 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |